## (February 11, 1960)

■    DANIEL E. CONWAY, as President of American Bakery and Confectionery Workers' International Union, AFL–CIO, et al. v. JAMES G. CROSS et al., as Trustees of the Bakery and Confectionery Union and Industry National Welfare Fund, et al. (Appeal No. 1.)   DANIEL E. CONWAY, as President of American Bakery and Confectionery Workers' International Union, AFL–CIO, et al. v. JAMES G. CROSS et al., as Trustees of the Bakery and Confectionery Union and Industry National Pension Fund, et al. (Appeal No. 2.) — Motion for leave to

appeal to the Court of Appeals from orders of this court entered October 27, 1959 denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ.